| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOEY LYNN KIRKS, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:20-CV-273
§
THOMAS BURBANK, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joey Lynn Kirks, proceeding *pro se*, filed this civil rights lawsuit against Thomas Burbank, the Port Arthur Police Department and the Jefferson County District Attorney's Office. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#8) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 29th day of November, 2022.

                                           MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE